UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ABEL ROBINSON,<br><br>                    Plaintiff,<br>    v.<br><br>JACKSON, et al.,<br><br>                    Defendants. | CASE NO. 17-5794 RJB DWC<br><br>ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge David W. Christel. Dkt. 13. The Court has considered the Report and Recommendation, objections, if any, and the remaining file.

Plaintiff, *pro se*, filed this civil rights case on October 2, 2017, asserting that his constitutional rights were being violated due to the lack of adequate medical care at the Pierce County, Washington Jail. Dkt. 1. Plaintiff moved for, and was granted, in forma pauperis status. Dkts. 1 and 6.

On November 8, 2017, Plaintiff filed a pleading entitled "Motion to Voluntarily Dismiss Complaint/Civil Suit with Jury Trial Demanded," stating that "the issues have been resolved/settled." Dkt. 11. The Court notes that the handwriting and signature are very different on this pleading than on Plaintiff's other pleadings.

On November 15, 2017, Plaintiff filed a Second Amended Complaint, raising some of the medical issues that were in his prior complaints. Dkt. 12. Before the Second Amended Complaint was docketed, on November 17, 2017, the instant Report and Recommendation was issued, recommending that the motion to voluntarily dismiss the case be granted and the matter closed. Dkt. 13.

On December 7, 2017, Plaintiff filed a pleading indicating that he did not move to dismiss the case. Dkt. 14. In the pleading, Plaintiff also inquires of the Clerk of the Court if he would consider appointing him counsel. *Id.*

Plaintiff appears to be intending to proceed with this case. The Report and Recommendation (Dkt. 13) should not be adopted. Plaintiff's motion to voluntarily dismiss (Dkt. 11) should be denied without prejudice. The case should be re-referred to U.S. Magistrate Judge David W. Christel for further proceedings.

It is **ORDERED** that:

- The Court **DECLINES to ADOPT** the Report and Recommendation (Dkt. 13);
- Plaintiff's "Motion to Voluntarily Dismiss Complaint/Civil Suit with Jury Trial Demanded" (Dkt. 11) **IS DENIED WITHOUT PREJUDICE**;
- The case **IS RE-REFERRED** to U.S. Magistrate Judge David W. Christel for further proceedings.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 11th day of December, 2017.

ROBERT J. BRYAN
United States District Judge