UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ABEL ROBINSON,

     Plaintiff,

  v.

MIGUEL BALDERAMA, CARUSO, DAVIS, OLSEN, PIERCE COUNTY,

     Defendants.

CASE NO. 3:17-CV-05794-RJB-DWC

REPORT AND RECOMMENDATION

Noting Date: April 27, 2018

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Abel Robinson, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on October 2, 2017. *See* Dkt. 1. The Court finds Plaintiff has failed to file an amended complaint; therefore, the Court recommends this case be dismissed without prejudice.

**I. Background**

 A. <u>Filing of Second Amended Complaint</u>

On January 5, 2018, the Court directed Plaintiff, an inmate housed at Pierce County Jail, to file an amended complaint. Dkt. 18. Plaintiff filed a Motion for Extension of Time to file the

amended complaint, which was granted on February 13, 2018. Dkt. 20, 21. Plaintiff filed his Second Amended Complaint on February 16, 2018. On February 26, 2018, after Plaintiff filed his Second Amended Complaint, the Court received notice that Plaintiff did not receive the Order granting his Motion for Extension of Time. Dkt. 24. The Court directed Plaintiff to provide an updated address and, on March 12, 2018, Plaintiff notified the Court that he was in the hospital for a few weeks, but he is still housed at Pierce County Jail. Dkt. 26.

      B. <u>Screening of Second Amended Complaint</u>

  On February 27, 2018, the Court screened Plaintiff's Second Amended Complaint and found it was deficient. Dkt. 23. The Court ordered Plaintiff to correct the deficiencies by March 28, 2018. *Id.* The Court warned that failure to file an amended complaint or adequately address the deficiencies identified in the Order would result in the Court recommending dismissal of this action pursuant to 28 U.S.C. § 1915. *Id*. The February 27, 2018 Order directing Plaintiff to file a third amended complaint was not returned to the Court as undeliverable and there is no indication Plaintiff did not receive this Order.[1]

**II. Discussion**

  Plaintiff has failed to comply with the Court's February 27, 2018 Order. He has not filed a response to the Order or filed a third amended complaint. While there is evidence Plaintiff did not receive the order granting an extension of time for Plaintiff to file his Second Amended Complaint, the docket indicates Plaintiff received the Order notifying Plaintiff his Second Amended Complaint was deficient and directing him to file a third amended complaint. Further, the Court has found Plaintiff's Second Amended Complaint fails to state a claim upon which relief can be granted. *See* Dkt. 23 (Order to File Amended Complaint). As Plaintiff has failed to

---

[1] In an abundance of caution, the Clerk re-sent the Order to Plaintiff. The Order was returned as undeliverable the second time it was sent. *See* Dkt. 27.

state a claim in the Second Amended Complaint and respond to the Court's Order to file a third amended complaint, the Court finds this case should be dismissed without prejudice.

### III.     Conclusion

For the above stated reasons, the Court finds Plaintiff was notified that his Second Amended Complaint was deficient. He was ordered to file a third amended complaint on or before March 28, 2018. Plaintiff has failed to state a claim in his Second Amended Complaint and has failed to comply with the Court Order to file a third amended complaint. Accordingly, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on April 27, 2018, as noted in the caption.

Dated this 11th day of April, 2018.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge